FILED

NOV 14 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY ______ DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOHN TEETER<br>Plaintiff | §<br>§ | |
| VS. | §<br>§ | CASE NO. SA:16-CV-00909-OLG |
| STATE FARM LLOYDS<br>Defendant | §<br>§ | |

***ORDER OF DISMISSAL***

On this, the 14 day of NOV, 2016, came on to be heard Plaintiff's Motion for Dismissal of the above entitled and numbered cause, and the Court being fully advised, finds that all matters herein have been compromised and settled and as a result of said settlement, the Plaintiff has agreed that this cause shall be dismissed with prejudice; and it appearing to the Court that said motion should be granted;

It is therefore ORDERED, ADJUDGED AND DECREED by the Court that the above entitled and numbered cause be, and the same is hereby, in all things dismissed with prejudice to the right of Plaintiff to reassert said cause of action, or any part thereof, and the costs of court herein are taxed against the party incurring same.

It is further ORDERED, ADJUDGED AND DECREED that all relief not expressly granted is hereby denied.

SIGNED and ORDERED ENTERED this 13 day of Nov, 2016.

[signature]

JUDGE PRESIDING

APPROVED:

KETTERMAN, ROWLAND & WESTLUND
16500 San Pedro, Ste 302
San Antonio, Texas 78232
(210) 490-7402 (Telephone)
(210) 490-8372 (Facsimile)

ROBERT A. POLLOM
State Bar No. 24041703
Email: robert@krwlawyers.com

**ATTORNEY FOR PLAINTIFF**

ALLEN, STEIN & DURBIN P.C.
6243 I.H. 10 West, 7th Floor
P.O. Box 101507
San Antonio, Texas 78201
(210) 734-7488 (Telephone)
(210) 738-8036 (Facsimile)

JENNIFER GIBBINS DURBIN
State Bar No. 07840500
jdurbin@asdh.com

KATHERINE M. WILLIS
State Bar No. 24033472
kwillis@asdh.com

**ATTORNEYS FOR DEFENDANT**

#1454211 – 3277 249/fv